IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02970-BNB

LESTER L. WASHINGTON,

    Plaintiff,

v.

COLORADO STATE UNIVERSITY, Ft. Collins,
COLORADO STATE UNIVERSITY BOARD OF GOVERNORS, of the Colorado State
    University System as the Governing Body of Colorado State University System
    and Colorado State University, Ft. Collins, (CSUFC), is sued in its official
    capacity,
DR. LARRY PENLEY, CSUFC President, in his official and individual capacities,
DR. ANTHONY FRANK, CSUFC Assistant President and now President, in his official
    and individual capacities,
THE CSUFC OFFICE OF EQUAL OPPORTUNITY AND DIVERSITY (DOEO/OEOD/
    EODO), in its individual and official capacities,
DANA HIATT, Director of the DOEO, in her individual and official capacities,
ROSELYN CUTLER, Chief Investigator of the DOEO, in her individual and official
    capacities,
HUMAN RESOURCES DEPARTMENT (HRS), CSUFC, in its official capacity,
CAROL SHIREY, Director of the CSUFC - HRS, in her individual and official capacities,
MINDY NICHOLS, Employee of CSUFC Admissions Office and HRS, in her individual
    and official capacities,
DR. BLANCHE HUGHES, CSUFC VP of Student Affairs and Higher Education, in her
    individual and official capacities,
DR. JENNIFER MOLOCK, CSUFC Director of Black Student Services (BSS), in her
    individual and official capacities,
BLACK STUDENT SERVICES (BSS), CSUFC, in its official capacities,
MIKIKO KUMASAKA, Director of APASS, in her individual and official capacities,
JIM DOLAK, CSUFC Director of HDFS, in his individual and official capacities,
KAREN BRIGHAM, CSUFC HDFS Supervisor, in her individual and official capacities,
GLEN WELLS, CSUFC HDFS Administrator, in his individual and official capacities,
JIM LATEGAN, CSUFC HDFS Administrator, in his individual and official capacities,
KAREN BALL, CSUFC HDFS Cashier, in her individual and official capacities,
MS. KATE SLY, CSUFC HDFS Cashier and Employee, in her individual and official
    capacities,

CSUFC COLLEGE OF ADVANCED HUMAN SCIENCES (CAHS), in its official
    capacities,
JAMES LYALL, Director of the CAHS Academic Computing Center/Department, in his
    individual and official capacities,
DR. APRIL MASON, CSUFC Dean of the CAHS, in her individual and official capacities,
DR. JEAN LEHMANN, Interim Director fo the CSUFC School of Education (SOE), in her

individual and official capacities, and
MS. JOHANNA BACA, Director of the CSUFC School of Education HRS and
 Accounting Offices, in her individual and official capacities,

 Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

 Plaintiff's motion for extension of time filed on March 5, 2010, is GRANTED as follows:  Plaintiff shall have up to and including **March 8, 2010**, to cure the deficiency in this action by filing his complaint on the proper form.  No further extensions will be granted absent good cause.

Dated:  March 8, 2010