**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02970-ZLW

LESTER L. WASHINGTON,

    Plaintiff,

v.

COLORADO STATE UNIV. FT. COLLINS, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion to File Multiple Amended Petitions . . ." (docket #21) filed on May 25, 2010, is DENIED. If Plaintiff wishes to pursue his claims in a new action, he must initiate a new action instead of filing documents in this action and a new civil action number will be assigned. Plaintiff's "Corrected and Updated IFP Motion" (docket #24) filed on May 25, 2010, is DENIED as moot.

Dated: May 27, 2010