IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02970-ZLW

LESTER L. WASHINGTON,

    Plaintiff,

v.

COLORADO STATE UNIV. FT. COLLINS, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's motions (docket #36 & 38) filed on August 5, 2010, are DENIED because this action currently is on appeal and, therefore, the Court lacks jurisdiction to consider those motions.

Dated: August 6, 2010