IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 9 - 2010

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO.: 09CV02970 BNB

LESTER L. WASHINGTON, Bth, MA, M.ED., LCGC, ABD
PLAINTIFF,

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 - 2010

GREGORY C. LANGHAM
CLERK

Vs.

COLORADO STATE UNIVERSITY, FT, COLLINS ET AL…
DEFENDANTS,

**MOTION TO REFILE THE ENTIRE CASE / COMPLAINT WHICH THE COURT PROMISED TO DISMISS AND ALLOWED TO BE REFILLED WITHOUT PREJUDICE AND DID AFTER THE PLAINTIFF FILED 4 CORRECT / AMENDED COMPLAINTS AND HAD SEVERAL MEDICAL, PERSONAL, JOB, AND FAMILY EMERGENCIES, OTHER FEDERAL COURT DEADLINES TO MEET HERE, IN LOUISIANA AND MISSISSIPPI FEDERAL COURTS AS A LICENSED COUNSELOR WHO REPORTED CHILD AND STUDENT ABUSE IN 2003- 2010**

**THIS REFILLED CASE INCLUDES THE PREVIOUS APPROVED BUT UPDATED IFP MOTION FROM CASE 09CV02970 WITH $350,000 IN DEBTS AND THE PLAINTIFF IS ON CICP AND IS A PERSON WITH A SEVERE DISABILITY**

---

**Dear Clerk of Court,**

**Please file this motion in the court for consideration and/or immediate refilling in that the judge told me to refile it and dismissed it without prejudice.**

**THEREFORE THIS MOTION MAY NOT BE NEEDED. LLW**

## ACTUAL MOTION

## MOTION TO REFILE THE ENTIRE CASE / COMPLAINT WHICH THE COURT PROMISED TO DISMISS AND ALLOWED TO BE REFILLED WITHOUT PREJUDICE AND DID AFTER THE PLAINTIFF FILED 4 CORRECT / AMENDED COMPLAINTS AND HAD SEVERAL MEDICAL, PERSONAL, JOB, AND FAMILY EMERGENCIES, OTHER FEDERAL COURT DEADLINES TO MEET HERE, IN LOUISIANA AND MISSISSIPPI FEDERAL COURTS AS A LICENSED COUNSELOR WHO REPORTED CHILD AND STUDENT ABUSE IN 2003- 2010

## THIS REFILLED CASE INCLUDES THE PREVIOUS APPROVED BUT UPDATED IFP MOTION FROM CASE 09CV02970 WITH $350,000 IN DEBTS AND THE PLAINTIFF IS ON CICP AND IS A PERSON WITH A SEVERE DISABILITY

---

**For more than 4 year I have waited for my doctorate degree and sought justice at CSUFC for the things that have happened to me and outers and this court has thrown out the case without looking at the facts. It seems that this case is taking on the road as some other CO cases (Timothy Masters and Ted Stevens cases, Hull vs. CSU BOG as well)v but I am relying on this court for denied justice where I have been forced to wait, write 3 major and 13 minor complaints and still there is not just served. There are over 5,000 pages of evidence in this case and I was forced to refile it because it was not in an undefined order, though I followed the order of other cases and the frap rules off the court. The first amended complaint, which all plaintiff are allowed to file was denied and 3 other. CSUFC has cancelled hearing, grievances, and forced the writing and refilling of documents for five years and this seems to be more of the same process.**

1. **WHAT DOES THIS COURT WANT AND HOW DO YOU WANT IT FILED?**
2. **IS THERE A DEFINITIVE PAGE NUMBER?**
3. **I HAVE REDUCED THESE 13 COMPLAINTS FROM 5000 PAGES TO 169 AND THEN TO 38-48 CONCISE PAGES ON THE PROPER FORMS.**

**By comparison to the defenses 5 years of delays of process for more than 4 years, retaliations and attacks upon witnesses I Ft. Collins, filing erroneous and lying information with the courts, federal, state, and university agencies, investigators, and the university the Plaintiff feels that t e dismissal of this case is illegal and is quick. The plaintiff has waited more than 5 years and has been delayed justice and his graduation and investigations in some of hearings, investigations, and due process of law for more than 3 years and requests that the court (Magistrate, District and Chief Judge) reconsider this action of dismissal to avoid refilling of this case so it can move forward. The investigators and the university have obstructed justice and retaliated against the plaintiff, potential plaintiffs, and more than 40 witnesses and then moved out of Colorado and some resigned for their jobs shortly after this case was filed to avoid prosecution and the plaintiff feels that it is a further denial of full due process of law to quickly, in less than 120 days compared to 5 years of waiting to dismiss this case considering that they defense delayed and refused and/or lied to the Plaintiff, state, and federal agencies and cancelled hearings for more than 5 years after the first complaint was filed with CSUFC. In fact, they refused to answer EEOC, CCRD, DORA, CCRC for more than a year and they have repealed attacked and filed false information and this action places the Plaintiff in grave and further danger of retaliation and possible death as one disabled person whose wife works for the university affirmed and he claims that he was ran over for filing a complaint against CSUFC more than 30 years ago. This Plaintiff has also received threats.**

**They have already cancelled all hearing s for the Plaintiff for more than 4 years and the court has, in less than 120 days dismissed the case because the Plaintiff "failed to correct deficiencies" where his taxes and those of other publics are used to pay the defense and violators of federal laws to cover up their planned, aided, abetted, malicious, violent, intentional and other violations of laws. The defense in this case cancelled hearings and obstructed justice, retaliated against plaintiffs, witnesses, fired employees, denied student the right to matriculate, graduate, and full due process hearings, as in the Langston Hull vs. CSUFC case in the federal court, the companion case, to prevent the case from making it to the federal and state court and fair, unbiased, and non discriminatory litigation in the state.**

**As mentioned in previous motions, the plaintiff in this case has been under extreme medical, time, judicial, job, and other constraints and reduced the complaint at the courts request from 160 to 85 pages. He is involved and mandated to participate in the litigation of 3 other federal cases because he was a Guidance, Community, and University Counselor where the courts and government demands that he report child an student abuse as a counselor and then do nothing to back him up after the abuse is reported. Thus, as a Pro Se Plaintiff and an ABD PHD Student with 5 degrees, I beg the court to examine this case as if it pertained to his / their own children, family, and extended family that was almost finished 6 brutal years of a PHD Program to become and filed complaints against persons because they attacked me, though I worked for CSUFC, overcharged me as an employee, denied me jobs, and terminated CSUFC and police investigations into the violations while allowing the violating whites female to go free and avoid any university punishment. He has spent 8 years in Colorado trying to get my doctorate degree after completing all classes with a 3.8 GPA and then, unlike whites and other was illegally laid off via violation of his contract because the white female attacked, overcharged, lied on, had false police reports filed, and have far more university, public, taxpayer, and other resources to cover up. Lie about, and filed false documents in denial of the more than 100 federal, state, university, and other violations off laws though he has never spent a day in jail, is in Good Standing, has no true criminal record, and completed all classes and preliminary exams to secure his PHD. The Plaintiff requests that the court and District Court Judge, Chief Judge, or Magistrate reconsider this decision which will further prolong the abuse, denial of de process, and securing of justice in this case as they would like to have done to their own family based on the facts and no other requirements.**

**The court demanded that the Plaintiff reduce the amended complaint from 169 pages and gave no set number of pages as a limit. Thus, the Plaintiff reduced the complaint to ½ or 85 pages and the court has rejected the complaint without clear reasons. The defenses have committed illegal acts and he is in Good Standing and had no violations of university, state, federal, and other laws, and was only a few months from graduating when the defense commenced to the malicious, violent, and retaliatory acts in violation of university, state, and federal laws.**

**While I respect the rules of the court, the defense have avoided and delayed due process grievance hearings, cancelled hearings, denied him and more than 50 others justice, denied the**

**plaintiff all university due process, lied about and to the EEOC, OCR, and others, used delay tactics, and publicly acted in reckless disregard for the state, federal, university, civil rights,, and other Americana and federal / constitutional laws. Likewise, the length of this complaint was not clearly defined and the demand of the court to have the Plaintiff to print the complaint of court forms is problematic in that it is easier for Pro Se's and poor lawyers to type the entire complain in the correct format that the court wants and not on the forms demanded because of limited time, financial, and printing resources unlike those of the law firms and defendant in this case. It takes an inordinate amount of money and time to type the complaint and then transfer it to the court forms. This gives the law firms, attorneys, corporations, and universities, and defense in this case and unfair advantage due to full public funding to cover up their violation and pay for their attorneys, litigation, and violations with public an taxpayers funds including those paid by the plaintiff. It is much easier for Pro Se's and the poor to type complaints in the proper format because we do not have the staff, funding, and other financial resources to develop and publish the rosy, false, lying, and fact less filings that look good but are devoid of any real substance, character, truth, and is in denial of the real facts and evidence in the cases (more than 3000 pages of facts in this case) versus no real facts and evidence that will withstand cross examination and critical and comparative analysis in this case as the court already knows,.**

**This case with more facts and evidence and the companion case, Langston Hull vs. CSU Ft. Collins shows that the state, university, and the defendants have collectively, recklessly, and in blatant disregard for the laws of the university, state, and federal republic of the USA. The Plaintiff feels that the rushed dismissal of this case in less than a year and without allowing any discovery, disclosure, interrogatories, admissions, and production of information and the denial of more than 3000 pages of evidence is obstruction in favor of the defense and where a change of venue was never address as requested. As stated earlier, the Plaintiff has suffered for more than 5 years and does no plan to leave Colorado without my degree or justice in this matter because he was not bothering anyone and these acts were committed against him, the police were called five times, and they were violent, malicious, retaliatory, planned, premeditated, and intentionally abusive and harmful. The defendants engaged in circulating false information and regularly taunting, harassing, and making fun of him and more than 12 other he was eating with an counseling due to their race, though thy abode by all of the laws of the university. The courts**

**have quickly addressed the Yarbrough incident, CSUFC violation of the gun ban, and I a seeking a fair and unbiased determination in this case like those who filed other cases in the courts (equal protection and litigation).**

**As the Plaintiff, I feel that having to refile this complaint would be both unfair due to the predisclosed fact that I after re questing the extensions and waiting more than 5 years, this case should not be determined in 1-2 months while the defense have been given more than 5 years to violate, retaliate, and break the laws addressed. When the EEOC requested that they answer the complaints, they took 6 months more than the federal agency demanded but the court is dismissing the case quickly and without considering any of the more tan 3000 pages of facts and evidence.**

**These medical emergencies were beyond my control and I had planed doctors visits, my landlord requested medical assistance due to the partial amputation of his foot and requested my assistance, and the starting of a new part time job that required a substantial amount of testing and studying. Therefore, considering this, the number of years the defense have retaliated, denied me due process, the refusal of attorneys to take and litigate the cases, and the fact that CSUFC has and continues to malicious, plan, and violate federal,, civil rights, constitutional, student, abuse, university, employee, and other laws, the quick and rushed dismissal of the case e is unfair and appears to be preferential as the EEOC, OCR, USDOE OCR, and other rushed through and ignored more than 3000 pages of facts.**

**The Plaintiff in this case simply wants his degree and compensation for the 60% of African Americans and those he counseled who are discriminated against at CSUFC to terminate these academic homicides that is destroying the state, nation, and world.**

**The volume and number of federal, state and university violations demands fair and timely litigation as the defense have been favored for more than 5 years and where no one has investigated the violation on a federal, state, or university level and where the violators laugh, taunt, cancel police investigations and feel they are above the laws but expect fairness for their own family and children. I feel that the dismissal of the case is a slap of the wrist and allowing the defense to avoid the federal and legal penalties for the violations they intentionally and maliciously committed and would be criminal and obstruction of justice merely because they are**

**a university and have more funding, wealth, other privileges ad public funds to cover up their criminal and civil violations.**

**Therefore, I am requesting the court to properly conduct the business of the court and terminate the obstruction of CSUFC and the delays, lies, and other civil and criminal acts. The plaintiff in this case and justice has already been delayed more than 3 years at a cost to the plaintiff of more than $500,000 in earnings and benefits from working and all have denied him and the other plaintiffs all due process.**

**THE FACTS SHOW THAT THERE ARE AND WERE PLANNED, MALICOUS, VIOLENT, RETALIATORY AND INTENTIONAL VIOLATION OF FEDERAL, STATE, UNIVERSITY, AND OTHER LAWS AND THE INTENTIONAL DENIAL OF AND LYING ABOUT DUE PROCESS FOR MORE THAN 5 YEARS AND OVER 100 FEDERAL, STATE, UNIVERSITY, ETC. VIOLATIONSVS MORE THAN 40 PLAINTIFFS AND WITNESSES IN VIOLATION OF FRAP 56 AND 12 RULES**

**The Plaintiff in this case has been attacked, retaliated against, angered, taunted, malicious, violently, and in other ways attacked, required to write and file more than 13 complaints and cannot tolerate the malicious attacks and discrimination much longer. He does not want to have to refile this complaint (petition) or case because it is only going to lead to additional problems, complications, denial of due process, financial, disability, matriculation, graduation, and other complications. He does not have to return to CSUFC to take any classes but has finished all classes, preliminary exams, and since then has been fired, denied jobs, attacked, harassed, and denied the right to complete his dissertation in an environment where only 40% of African Americans graduate. The EEOC, USDOE OCR, CSUFC Diversity Office and its investigators (who immediately resigned after the case was filed) seek, through wealth, privileges, and university associations, to escape the known abusive and harmful violations of federal, state, university, and CRA of 1964/1991. CSUFC and all associated with and supported by them have allowed an covered up these attacks and violations of federal laws that were aided, abetted, planned, premeditated, and intentionally committed.**

**A. There is special circumstance in this case and the defense knew an intentionally violated federal, democratic, constitutional, state, and university laws. They felt, while**

**committing these acts and violating the laws that they were and are above the laws and while committing abusive acts, will be excused by the public and the courts, though their violations were planned, premeditated, collaborated, aided, abetted, and in other ways intentionally harmful and where they repeatedly cancelled all due process, grievance, and university hearings.**

**B. The attorney, investigators and administrators of the university have filed false documents, statements, and relied on contacts to keep this case out of court. They have cancelled police investigations, blocked the witnesses, presentation of the facts, and other fair and promised due process to the plaintiff and students. The have recklessly relied on contacts an acted in reckless disregard for university, state, federal, civil rights, Title VI, VII, IX, CRA OF 1964 and other laws.**

**C. I do not have an attorney as yet but am discussing the case with and still looking for one due to the complicated nature, number of violations, persons involved in the violations including a prominent judicial officials family, length of time the violations have been ongoing, and amount of wealth contained by the defendants – the state of Colorado and Colorado State University Ft. Collins in comparison to mine.**

**D. Complications and conflicts with my new part time job which was secured shortly after the demand for the amended petition was sent from the court and I had to interview and start training within a week of receiving the letter to amend. I have been looking for a job and faced the type of discrimination mentioned in this complaint for more than 2 years but am determined to remain in the area to complete my PHD. I was laid of by CSUFC just months before completing my PHD to keep me from finishing in violation of more than 100 federal, state, local, university, CRA OF 1964, Constitutional, and other laws, contracts, and other guidelines.**

**E. I had to move to another apartment on short notice and had / am having financial difficulties. Thus, I could not pass up this job to complete the petition as demanded.**

**F. Taking and training for a new part time job where I have to pass a test at 85% in computer technical skills which is not an area of either of my 5 degrees or anticipated PHD but I needed d a job., financial difficulties, my roommates sickness and my disability complications and need for longer time to write this document without a lawyer**

**G. I am a person with a disability under ADA, IDEA, etc. laws, rules, etc. and still needed additional time to complete the petition but filed it to meet the deadline. As the Plaintiff with an ADA, IDEA, etc. 504 Medically Induced Disability, I requested extended time for all MAJOR court motions, pleadings, submissions, filings in accordance with ADA, ADEA, IDEA, and other disability laws in accordance with D.C.COLO.LcR 26.2 AND /OR D.C.COLO.LCivR 43.2. and the appointment of an ADA/IDEA Attorney if one is available to persons with disabilities via this federal court. However, I did not ask for enough time and the court disregarded the reduction of the complaint in 1 / 2.**

**H. As a Plaintiff, I am not seeking this and wasting the courts time. This case is not frivolous or unsupported by more than 2000 pages of facts. I need this extension for a fair trial and justice for the intentional, planned, premeditated, malicious, violent, and retaliatory acts committed.**

**I. These difficulties are beyond my control but I deserve the denied justice where CSUFC has denied me all due process of law to this point due to my race, disability, for my assisting other as a counselor, mentor, and advisor, engaging in protected activities, etc.**

**J. Dismissal would create numerous hardships for me as a person with a disability, student, PhD candidate, member of a protected group / class, and victim of the crimes committed in a violent, malicious, and retaliatory manners against federal and state laws.**

**K. I do not want to have to refile this complaint (petition) or case because it is only going to lead to additional problems and complications.**

**L. The defense have, for three years and though I am in Good Standing, denied me the right work and complete my degree unlike other and have allowed another to take, steal, use, misuse, etc. my intellectual property (dissertation topic and 120 page proposal) and forced me to do another in spite of my Good Standing and no violations of university laws and policies. The have denied me my degree though I am in good standing and have complete all my PhD classes and they engaged in illegal, planned, premeditated, collaborated, malicious, violent, and retaliatory acts for my filing a complaint and denied me the right to complete my PHD. I want to resolve this ASAP without further delays in full due process and complete my degree.**

**M. I need this because I have been looking for a job for two years and faced the type of discrimination mentioned in this complaint for more than 3 years due to the level of education (5 degrees) but am determined to remain in the area to complete my PHD.**

**N. The defendants are in violation of more than 100 federal, state, local, university, CRA OF 1964, Constitutional, and other laws, contracts, and other guidelines, I was harassed and terminated and I am determined to remain in Ft. Collins and finish my degree and secure justice for the addressed violations of more than 120 federal, state, university, etc. laws without further delays as soon as the complaint summons are served.**

**O. I need relief to end this and my financial difficulties by finishing school and becoming a gainfully employed contributing member of society.**

**P. I need for longer time to write this document but I also needed to keep my job.**

**Q. My roommate's sickness and assistance needed was beyond my control and I had to move but still assist him as my landlord.**

**R. I am a person with a disability under ada, idea, etc. laws, rules, etc.: The Plaintiff is a Person With an ADA, IDEA, etc. 504 Medically Induced Disability in accordance with ADA, ADEA, IDEA, and other disability laws in accordance with D.C.COLO.LcR 26.2 AND /OR D.C.COLO.LCivR 43.2. and the appointment of an ADA/IDEA Attorney if one is available to persons with disabilities via this federal court. Thus under 504 disability rules I should get double time to amend this complaint.**

**S. I have cancelled some major activities and I am also working on other federal mandated child and student abuse cases from other states that have been in litigation for several years where I had to report child / student abuse as a Tenured and Lifetime Certified Guidance, Mental Health, Psychological, University, and Community Agency Counselor. I am required to report child and student abuses. I need the additional time to satisfactorily make the right corrections to the complaint.**

**T. Etc.**

**<u>NUMBER OF EXTENSIONS PREVIOUS GRANTED:</u> technically two but the defense have wasted more than 5 years and denied the plaintiffs, witnesses and other all due process and have**

**committed more than 100 federal, state, and other violations of laws to prevent this case from reaching the courts and the plaintiff from getting justice. As a person with a disability under 504 laws, the additional 30 days in the first motion for an extension is the normal time granted to persons with disabilities under the 504 disabilities laws (double time or 60 and not the normal 30 days).**

**Likewise, I am interested in unbiased, non discriminatory and fair Alternative Dispute Resolution according to D.C.COLO.LCivR 16.6 – alternative Dispute Resolution rules and regulations. Otherwise he requests a full trial by jury with all evidence and facts available.**

## RELIEF SOUGHT

The Plaintiff promised his mother on her death bed that he would complete his degree and he has done everything CSUFC demanded to complete his degree and was then laid off just prior to finishing so he could not pay his bill and finish his dissertation and leave. The Plaintiffs seeks to avoid having to refile this case and complaint after waiting and being denied all due process, all hearings, all grievances and where he has been denied jobs from 2005 – 04/2007 and beyond. His contract was illegally terminated and he is literally stuck in Colorado having completed all classes as ABD PHD Student determined to get his degree. He completed all classes and preliminary exams in Good Standing before he was attacked and suffered discriminations and hate crimes. His dissertation topic was also used, confiscated, allowed, infringed upon, etc. by another and he has been retaliated against and denied the right to graduate since 2006 in an area where it is almost impossible for African Americans with his education level to get a job except at the university unless he leaves without his degree. The plaintiff has spent 4 additional years in FT. Collins attempting to secure employment to finish his degree and has been denied all due process, jobs, contract renewal, hearings, and resolutions to more than 3 major and 13 minor (sub) complaints the defense deceived him into filing to get due process but they were in fact delaying the process. He was attacked by HDFS staff and the avalanche of other at CSUFC afterwards just before graduation and has been denied all due process by DOEO Director Dana Hiatt, Dana Hiatt, Ms. Parson, Mr. Zuguish, and other. He is desperately trying to avoid leaving CSUFC without his PHD after completing all requirement and

jumping through all hoops until terminated after finishing his prelims. He seek a fair, unbiased and nondiscriminatory hearing this federal court with the following reliefs:

**Relief is to be negotiated within these parameters and for denial of all due process, violations, and his degree from 2006 to the present though he is an ABD PHD candidate, PWD, had a contract that was cancelled and suffered more than 50 retaliatory acts, and hate crimes via HDFS department, VPSA, BSS, CAHS, DOEO, HRS, and other defendants in this complaint:**

1. The plaintiff requests all of the relief that is afforded under 42 USC 1981/§1983, §1985 , §1986 , 42 USC § 2000e-5, Titles II, XX,VI, VII, IX, Const. Amends 5, 14, the CRA of 1964 and amended in 1990 - 1991, ADA laws, IDEA laws, the USDOE – OCR, FERPA Violence Laws 34 CFR 99a-j, Title VI CRA OF 1964/1991 (pub. L. 88-352), USC §102 of the CRA of 1991, 105 statue 1071, pub. L. No 102-166, and USC § 1221 (g) (1) (a) (ii).
2. He seeks all reliefs afforded in this complaint and all laws mentioned. Relief is needed for more than 120 federal, states, university, DOEO, State Personnel, anti hate, racism, discrimination, bias, CCRC, CCRD, DORA, and other laws to prevent hiring, job, employment, retaliations for engaging in protected activities and other violations.
3. Relief is sought against other illegal acts to oppose injustices, bias, prejudice, inter racial or intra racial hate and discrimination (black on black and white and others vs. blacks) and other illegal acts against tax and tuition paying students, staffs, and employees.
4. He also requests up to $50,000,000 for the Plaintiff (s) at 75%, AA students, mentees, persons he counseled, mentored, advised, guided through appeals and complaints for student and employee abuses, damages, compensatory damages, slander, defamation, denial of matriculation, jobs, employment, delayed or no graduations, general harassment, and other harms/abuses. He seeks all reliefs afforded by the CO BOG, CSUFC, federal and state courts, DOEO, US Constitution, CRA of 1964/1991, and other known and unknown, intentional and unintentional laws, policies, & procedures violated by the defendants.
5. Relief is needed Re Reopening of all CSUFC cases filed with the DOEO office for the past 5 – 10 years where Roselyn cutler and Dana Hiatt intentionally ignored federal laws and al reliefs requested.

6. The Plaintiff requests fair, unbiased, and non discriminatory trial with all facts, evidence, witnesses, counselors, advisors, students, staff, and employees available based on the list given to the university in 2006 and where the hearings were cancelled
7. He seeks scholarships, grants, fellowships, cash, GTA/GRA positions, and other benefits for himself, his family, children, and grandchildren, and other African Americans.
8. He seeks back pay from 2006 to the preset and pay at $200,000 a year for the past three years he has been denied the right to graduate and jobs.
9. He requests the extension of funding and the number of years available to complete his degree due to intentional delays in due process and grievance investigations in violation of Title VI Section 284, Title VII retaliation, Title IX creation and Maintenance of Hostile Environments, and other hate crimes to deny jobs, matriculation, and graduation to qualified persons.
10. He requests compensation for the use / theft of his dissertation topic....
11. He requests a cessation of hate crimes in throughout CSUFC
12. He requests that Leonard Gwanmeshia, Omar Tadjion from Nigeria, Nana Ofosu, all other witnesses and students to be discussed and determined in the claims and African Americans denied graduation for the past 10 years 20 be contacted and granted the opportunity to complete their degrees from a distance without harassment.
13. Wherefore the Charging and violated parties pray that the EEOC , CCRD, state, and/or the federal government cause the said respondents and their supporters to cease and desist from willfully and maliciously practicing the violations VS PERSONS seeking full due process.
14. He requests the cessation of employment, job, and contract violations
15. He prays for the cessation of abuses, harms, denial of access to jobs and employment via preselection and engaging in biases, prejudices, and discrimination to hire far less qualified blacks and whites preselected by CSUFc administrators.
16. The Plaintiff prays for cessation of stalking and gross malicious acts against minority students.
17. The Charging Party prays for a cessation of theses practices and denial, lying, filing false documents, writing and communicating false information to DOEO, EEOC, and USDOE – OCR, HHS OCR, university personnel, CSU HRS Department, and other investigations.
18. The Charging Party requests the highest employment position denied, back and other pay and benefits, reinstatement to another comparable or higher job with all benefits for 10-20 years
19. The Plaintiff seeks RECONSIDERATION for all complaints at CSUFC AND ALL REQUESTED RELIEDF IN ALL COMPLAINTS TO BE SUMMARIZED LATER.
20. HE SEEKS THE FOLLOWING COMPENSATIONS NOT TO EXCEED $50,000,000 FOR HIM at 80% AND OTHERS WRONGED, DENIED JOBS, MATRICULATION, GRADUATIONS, SUPPORT, AND OTHER VIOLATIONS AND S FOLLOWS.

21. **HE SEEK ALL OTHER RELIEF NAMED IN ALL COMPLAINTS WITH THE FINAL AMOUNT TO BE DETERMINED FROM $10,000,000.00 BUT NOT TO EXCEED $50,000,000.00 FOR HIMSELF AND ALL AFRICAN AMERICANS AT CSUFC AND TO COME.**
22. **I, Lester Washington, need the additional time to adequately and sufficiently make these amendments and to submit them to the court in a timely manner due to uncontrollable medical, financial, moving, job, and other needs.**
23. **Failing to grant this will result in the case being dismissed and having to be refilled in favor of the defense who have to date denied me all due process and committed more than 160 federal, state, university, and other violations of law, guidelines, abuses, acts, harms, CRA OF 1964/1990, Title II, VI, VII, IX, Constitutional, Const. Amend. 1, 5, 14 (due process and grievance), and other violations of laws, policies, procedures, etc.**
24. **I need relief the demand for the amended petition (March 10, 2010) was sent from the court and I had to interview and start training within a week of receiving the letter to amend.**
25. **Please grant this extension to expedite this case and due to these uncontrollable and unforeseen conflicts, circumstances, part time job procurement, and other difficulties to expedite this litigation. I have been waiting for full due process for over 3 years and it has delayed my graduation for 3 years and cost me over $400,000. 00.**
26. **I am seeking a full fair, unbiased, and non discriminatory resolution, ADR, OR Jury trial where all facts, evidence, data, taped conversations, confessions, delays, and more than 120 violations of federal, state, university, departmental (- numerous) laws, policies, procedures, timelines of events, delays, etc. can be reviewed before fair judges, courts, and juries. He seeks all disability accommodations, extensions of time, and other relief sought and available under department, school, college, university, state, state personnel board, CSUFC, CSUS BOG, and federal laws.**
27. **I am seeking all other relief, approval, and/or rights afforded by the court and law in this case by the USDC of Colorado and federal, constitutional, frap, university, and other laws.**
28. OTHER RELIEFS ARE TO BE DETERMINED AND SUBMITTED LATER TO THE COURT

Respectfully and without prejudice submitted, this 29th Day of July 2010

Lester L. Washington, Pro Se
Actively Seeking an Attorney

Lester L. Washington, AS – DT, Assistant Chef / Chef,
Bth, MA, M.Ed., LCGC, ABD;
Colorado State University Ft. Collins (CSUFC)
CSUFC Past Student and Non Student Hourly Employee
P.O. Box 494, Ft. Collins, CO 80522-0494 (all mail)
Alternate address: P.O. Box 523, Baton Rouge, LA 70821-0523
Landlord – 508 Smith Street, Ft. Collins, Colorado, 80524
(no unexpected visitors or mail)
Primary email: llwashing@hotmail.com; Personal Cell: 225-205-1960
Emergencies: 850-324-1938, 225-993-2371 (Travis)
C/O Angelo Washington, 2223 Lyndmont Dr, Pensacola, FL 32505

CONTACT THE CSU SYSTEM:
COLORADO STATE UNIVERSITY SYSTEM
DIRECTOR/CHAIR/CHANCELLOR
410 17th Street, Suite 2440
Denver, CO 80202
(303) 534-6290 (main)
(303) 376-2606 / (970) 297-3606 (direct)

Office of the President
102 Administration Building
0100 Campus Delivery
Fort Collins, CO 80523-0100
(970) 491-6211
presofc@lamar.colostate.edu

Clerk's Office
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, Colorado 80294-3589
Civil Division: (303) 844-3433
Criminal Division: (303) 844-2115
CVB/Petty Offense: (303) 844-5475
Jury: (800) 359-8699

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**CIVIL ACTION NO.:** ______________________________

**LESTER L. WASHINGTON, Bth, MA, M.ED., LCGC, ABD**
**PLAINTIFF,**

**Vs.**

**COLORADO STATE UNIVERSITY, FT, COLLINS ET AL…**
**DEFENDANTS,**

---

**CERTIFICATE OF SERVICE FOR:**

**MOTION TO REFILE THE ENTIRE CASE / COMPLAINT WHICH THE COURT PROMISED TO DISMISS AND ALLOWED TO BE REFILLED WITHOUT PREJUDICE AND DID AFTER THE PLAINTIFF FILED 4 CORRECT / AMENDED COMPLAINTS AND HAD SEVERAL MEDICAL, PERSONAL, JOB, AND FAMILY EMERGENCIES, OTHER FEDERAL COURT DEADLINES TO MEET HERE, IN LOUISIANA AND MISSISSIPPI FEDERAL COURTS AS A LICENSED COUNSELOR WHO REPORTED CHILD AND STUDENT ABUSE IN 2003- 2010**

**THIS REFILLED CASE INCLUDES THE PREVIOUS APPROVED BUT UPDATED IFP MOTION FROM CASE 09CV02970 WITH $350,000 IN DEBTS AND THE PALAINTIFF IS ON CICP AND IS A PERSON WITH A SEVERE DISABILITY**

---

I Lester L. Washington, Pro Se Plaintiff, mailed this Motion…. to the court on this 229TH Day of July 2010, but not to the defendants in the case because the complaint is not finished and served.

Respectfully submitted on this 29th Day of July 2010.

/S/Lester L. Washington

Lester L. Washington, DT, Bth, MA, M.Ed., LCGC, ABD
Colorado State University Ft. Collins (CSUFC)
CSUFC Past Student and Non Student Hourly Employee
P.O. Box 494, Ft. Collins, CO 80522-0494 (all mail)
Alternate address: P.O. Box 523, Baton Rouge, LA 70821-0523
Primary email: llwashing@hotmail.com
Personal Cell: 225-205-1960, Emergencies: 850-324-1938, 225-993-2371

C/O Angelo Washington, 2223 Lyndmont Dr, Pensacola, FL 32505

USDC OF Colorado - Clerk's Office
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, Colorado 80294-3589
Civil Division: (303) 844-3433
Criminal Division: (303) 844-2115
CVB/Petty Offense: (303) 844-5475
Jury: (800) 359-8699

THIS MOTION WAS NOT SENT TO THE FOLLOWING DEFENDANTS BECAUSE THE SUMMONS HAS NOT BEEN SERVED:

COLORADO STATE UNIVERSITY SYSTEM
DIRECTOR/CHAIR/CHANCELLOR
CSU FT. COLLINS, PRESIDENTS' OFFICE
410 17th Street, Suite 2440
Denver, CO 80202
(303) 534-6290 (main)
(303) 376-2606 / (970) 297-3606 (direct)

OFFICE OF THE PRESIDENT

DR. TONY FRANK - CSUFC
102 Administration Building
0100 Campus Delivery
Fort Collins, CO 80523-0100
(970) 491-6211
presofc@lamar.colostate.edu