IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02970-ZLW

LESTER L. WASHINGTON,

    Plaintiff,

v.

COLORADO STATE UNIV. FT. COLLINS, et al.,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion to Refile the Entire Case . . ." (docket #41) filed on August 9, 2010, is DENIED because this action currently is on appeal and, therefore, the Court lacks jurisdiction to consider the motion.

Dated: August 12, 2010