FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 25 2012

GREGORY C. LANGHAM
CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO CIVIL ACTION NO. 1:12-CV-01034-BNB

ZLW

## (REFILED CASES 1:09CV02970~~BNB~~ AND 1:10CV01889~~BNB~~ LTB BNB/ZLW, AND USCA CASES 10-1254 AND 11-1166)

LESTER L. WASHINGTON, Bth, MA, M.E.D., LCGC, ABD,

Plaintiff,

v.

COLORADO STATE UNIV. FT. COLLINS, et al., Defendants. AND **DR. LARRY PENLEY, CSUFC President ; DANA HIATT, Director of the CSUFC DOEO; ROSELYN CUTLER, Chief Investigator of the CSUFC DOEO; CAROL SHIREY, Director of the CSUFC – HRS, MS. CINDY BEFUS, CSUFC Graduate School Administrator; DR. JENNIFER MOLOCK, CSUFC Director of Black Student Services (BSS); GLEN WELLS, CSUFC HDFS Administrator; KAREN L BRIGHAM, CSUFC HDFS Supervisor; DR. APRIL C MASON - CSUFC Dean of the College Of Applied Human Science (CAHS) and overseer, employer, decision maker etc. for the CSUFC School Of Education and its employment, support of minorities, and PHD Candidates; and Dr. Craig Chesson, Director of the CSUFC Conflict Resolution Office** (CRO)### **SEE THE HISTORICAL CASES FOR ORIGINAL DEFENDANTS LIST.**

**DEFENDANTS**

**MOTION (1) FOR A 30 TO 60 DAY EXTENSION TO FILE AN AMENDED PETITION IN THIS CASE (1:12CV01034BNB) BY JUNE 26-27, 2012 OR JULY 26-27, 2012 BECAUSE I HAVE (A) 4 APPEAL DOCUMENTS TO PREPARE, (B) ANOTHER CASE, (C) 35-45 HOURS OF WORK, BURNED MY RIGHT TYPING HAND THIS PAST SUNDAY WHICH PREVENTED WRITING THE AMENDED COMPLAINT ETC. AND**

**MOTION (2) FOR THE COURT TO SEND OR DIRECT THE PLAINTIFF TO A PERFECT EXAMPLE OF A CASE (S) AS THE USCA'S DO IN COMPLIANCE WITH FRAP RULE 8, 12, AND 56 IN THAT I HAVE REVIEWED 1000'S OF USDC OF CO, USDC SDM, USDC MDL, USDC EDL, AND OTHER FEDERAL CASES AND PERSONALLY FEEL THAT**

**GROSS AND MALICIOUS OBSTRUCTION IS TAKING PLACE (1 ) IN FAVOR OF THE DEFENSE AND DANA HIATT**

# I HAVE THE FOLLOWING DEADLINES, DOCUMENTS, AND OTHER CRISES, RESPONSIBILITIES, ETC. TO DO SINCE THIS ORDER WAS ISSUED:

**FACTS**

## FROM THE MOTION TO RECONSIDER THE DENIAL OF THE 30 DAY EXTENSION TO FILE THE APPEAL BRIEFS AND EXCERPTS

1. **I, /S/ LESTER L. WASHINGTON, SWEAR THAT WHILE PREPARING THE APPEAL BRIEFS AND EXCERPTS, I BURNED TWO FINGERS ON MY RIGHT HAND VIA AN AT HOME LAWNMOWER ACCIDENT ON SUNDAY MAY 20, 2012, THEY BLISTERED AND ARE NOW HEALING.**

2. **MY AUNT AND THE THIRD SISTER OF MY MOTHER HAD A MASSIVE HEART ATTACK AND STROKE IN HAWAII AND I HAVE BEEN IN TOUCH WITH FAMILY AND TRYING TO DECIDE WHEN AND IF WE ARE GOING TO HAVE TO GO TO HER FUNERAL, MS. ESTELLA SAUNDERS.**

---

1 **And therefore for this order to amend (USDC OF CO CASE 1:12CV01034BNB REFILED 1:10CV01889BNB Case 1:12-cv-01034-BNB Document 7 Filed 04/26/12 USDC Colorado Page 1 of 8) I am requesting a 12 member jury, change of venue, change of judges, and appointment of a federal prosecutor because a judges wife is a defendant** (DANA HIATT): I feel there are some cases on title forms and 10 of 1000's that are not on forms and this appears to be gross, intentional, and obstructive obstruction vs. Pro se plaintiffs who have more access to computer, typewrites are obsolete in the united states, handwritten cases are more difficult and time consuming, the clerks can copy and paste the complaints and the court has allowed 1000's of other defendants from 2005 – 5/2012 and plaintiffs to amend cases 5 – 10 times before dismissal but only allowed the plaintiff 1 (one) rejected amendment and this case and the other (usdc of co case 1:12CV01034BNB) has been filed 3-4 times and amended 16 times together to obstruct the case, in my opinion. The court has made false claims and forced the Plaintiff to file nd refile the case a and still will no, as the 3 other district courts and 15 case filed and refiled – serve the summons after approving the IFP affirming that the claims are valid buy are being obstructed by the court, false claims, orders, denial of motions and other obstructive ways. Thus court has affirmed that the case and complaints are valid (approve the IFP) but refuses to allow the case to go forward at a loss of an additonal $3-4,000,000 and added harms, losses, and damages to the plaintiff via the delays.

3. I WAS FORCED TO PAY THE FILING FEE, IN SPITE OF OVER $300,000 IN DEBT IN USDC SDM CASE 3:10CV00424TSLEE/ WINGATE TO OBSTRUCT THE CASE.

4. I FILED THE TWO SETS OF THE APPEAL BRIEFS AND EXCERPTS IN USCA FIFTH CASES 11-31189 AND 11 – 31196 AT A COST OF $150.00 AND HAD TO BORROW THE MONEY AND NOW HAVE TO WORK, EARN THE MONEY AND REDO THEM WHILE ATTENDING TO MY BURNT HAND, WORK, AND MEET OTHER MAY 26, 2012 DEADLINES AS A LICENSED COUNSELOR, EDUCATOR, AND MINISTER.

5. THE DENIAL OF THIS EXTENSION MAKES IT IMPOSSIBLE UNDER FEDERAL CRA OF 1964, THE US CONSTITUTION, US CONST. AMEND. 1, 5, 11, 14 EQUAL PROTECTION, 28 USC LAWS, FRCP 1-72, 12, 56, FRAP 1-72, AND OTHER AMERICAN DEMOCRATIC LAWS TO HAVE A FAIR, UNBIASED, AND NON DISCRIMINATORY HEARING, REVIEW, APPEAL, AND IS VIEWED AS OBSTRUCTION FOR THE USDC MDL, JUDGE BRIAN A. JACKSON TO ILLEGALLY DISMISS THE CASE AND APPEAL

6. THE DELAY IS UNOPPOSED BY THE DEFENSE WHO WERE EMAILED AND HAVE NOT RESPONDED.

7. I DESPERATELY NEED THIS BECAUSE OF OTHER OBLIGATIONS, MY DISABILITY AND AS A PERSON WITH A DISABILITY – UNDER US DISABILITY, ADA, IDEA, 504 LAWS; I SHOULD GET DOUBLE TIME FOR FILING ALL COURT DOCUMENT, PROCEEDINGS, AND DOCUMENTS AS A PERSON WITH A DISABILITY.

8. THIS IS NEEDED TO MEET THE DEADLINE WHERE I AM IN COLORADO AND IT TAKES 4-6 DAYS TO RECEIVE EMAILS VIA Nun EMAIL MEANS IN VIOLATION OF THE US CONSTITUTION AND FEDERAL LAWS FOR UNFAIR AND PREFERENTIAL LITIGATION WHERE THE DEFENSE RECEIVE ALL MOTIONS, ORDERS, FILINGS, ETC. VIA EMAIL.

9. I SWEAR ALSO THAT I DO NOT HAVE THE VACATION TIME TO TAKE OFF DUE TO THE RECENT 3 DEATHS, 2 MEDICAL EMERGENCIES, AND DEBT IN EXCESS OF $300,000 THAT I AM DESPERATELY TRYING TO REPAY AS A PAUPER DENIED RELIEF IN THESE 3 CASES FROM THE USDC MDL.

10. I AM STILL TRYING TO GET TO CALIFORNIA WHERE MY DAD HAS PROSTATE CANCER AND IS IN A REHABILITATION CENTER AND MIGHT NOT SURVIVE THE NEXT YEAR.

11. BASIC HEALTH AND LIVING NEEDS.

12. WORK 35 – 45 HOURS A WEEK.

13. DISSERTATION WORK AND TRYING TO GET BACK INTO SCHOOL AND PAY OF $186,000 IN SCHOOL DEBT DUE TO THE MORE THAN $10,000,000 IN LOSSES FROM THE FEDERAL CASES AND DEFENDANTS I HAVE FILED CASES AGAINST AND CANNOT FINISH SCHOOL.

14. I NEED TO PAY FOR MY OWN MEDS FOR HBP, MY DISABILITY, AND OTHER MEDICAL AND HEALTH NEEDS.

15. I HAVE 2 CHILDREN AND 3 GRANDCHILDREN.

16. I, LIKE OTHER, HAVE A FAMILY, DEATHS IN THE FAMILY (AUNT DIED MAY 22, 2012 IN HAWAII) AND I CANNOT GO TO HER MEMORIAL.

17. ETC.

**I HAD TO FILE THE FOLLOWING MOTIONS, REQUESTS FOR EXTENSIONS, AND APPEAL, USCA, USDC, ETC. DOCUMENTS IN THE FOLLOWING USDC/USCA CASES AS A LICENSED AND LIFETIME CERTIFIED COUNSELOR, EDUCATOR, PARENT, PERSON WITH A DISABILITY, MINISTER, CHILD / YOUTH / MINISTER COUNSELOR, PAST CEO/CFO OF THE TEACHERS UNION, PAST / PRESENT EMPLOYEE, PLAINTIFF, PARENT, BROTHER, FAMILY MEMBER, ETC.:**

(1)

**US EEOC, USDOE OCR APPROVED CASE WITH NRTS FOR THEFT OF $350,000, $56,000 IN WAGES, EMPLOYMENT DISCRIMINATION, HATE CRIMES, EDUCATIONAL, AND OVER 200 OTHER FEDERAL AND STATE VIOLATIONS VS ME AS PAST CEO, CFO, AND PRESIDENT OF EBRPAE TEACHERS UNION AND IN EBRPSS PROTECTED ACTS AND REPORTING CHILD AND STUDENT ABUSE (A Nun FRIVOLOUS MATTER):**

**USCA FIFTH CIRCUIT CASE #11-31196**
**600 MAESTRI PLACE, NEW ORLEANS, LA 70130**

*******************************************************************

**CASE ON APPEAL FROM THE USDC MDL**
**CASE 3:10CV00322BAJ/DLD / USCA FIFTH CIRCUIT CASE 11-31196**

*******************************************************************

**MOTION FOR A 30 DAY EXTENSION TO AMEND, CORRECT, EARN THE MONEY, COPY, AND FILE CORRECTED APPEAL BRIEFS AND EXCERPTS IN THIS CASE WITH (1) 30 – 40 NEEDED ADDITIONAL PAGES IN THE APPEAL BRIEF, AND (2) 30 EXTRA PAGES IN THE APPEAL EXCERPTS, AND (3) SUPPLEMENTATION OF 40+ PAGES OF EXHIBITS ACCORDING TO THE COURT ORDER DATED MAY 10, 2012 AND RECEIVED IN COLORADO MAY 17, 2012, 8 DAYS BEFORE IT IS DUE TO JUNE 24, 2012**

*******************************************************************

**Filed by: Lester L. Washington, Bth, MA, M.ED., LCGC, ABD**

**(2)**

**US EEOC, USDOE OCR APPROVED CASE WITH NRTS FOR JOB AND EMPLOYMENT DISCRIMINATION VS. PAST EMPLOYEES WHERE I COULD NOT RETURNED TO MY TENURED AND LIFETIME CERTIFIED JOB AND THEY HIRED 300 LESS QUALIFIED PERSONS AND PLACED FALSE INFORMATION IN MY PERSONNEL FILE CAUSING IN EXCESS OF $5,000,000 IN DAMAGES, MADE FALSE MEDICAL AND HIPPA CLAIM RE MY HAVING A LONG-TERM ILLNESS A VIA DISCLOSING MEDICAL INFO, COMMITTED OVER 100 HATE CRIMES AN BLOCKED AFRICAN AMERICAN FROM JOBS, FERPA, AND OVER 200 OTHER FEDERAL AND STATE VIOLATIONS:**

**USCA FIFTH CIRCUIT CASE 11-31189**
**600 S. MAESTRI PLACE, NEW ORLEANS LA 70130**

*******************************************************************

**MOTION FOR A 30 DAY EXTENSION TO AMEND, CORRECT, EARN THE MONEY, COPY, AND FILE CORRECTED APPEAL BRIEFS AND EXCERPTS IN THIS CASE WITH (1) 30 – 40 NEEDED ADDITIONAL PAGES IN THE APPEAL BRIEF, AND (2) 30 EXTRA PAGES IN THE APPEAL EXCERPTS, AND (3) SUPPLEMENTATION OF 40+ PAGES OF EXHIBITS ACCORDING TO THE COURT ORDER DATED MAY ______, 2012 AND RECEIVED IN COLORADO MAY ______, 2012, _____DAYS BEFORE IT IS DUE TO JUNE _______, 2012**

*******************************************************************

**Filed by: Lester L. Washington, Bth, MA, M.ED., LCGC, ABD**

**(3)**

**US EEOC, USDOE OCR APPROVED CASE WITH NRTS FOR THEFT OF $350,000, $56,000 IN WAGES, EMPLOYMENT DISCRIMINATION, HATE CRIMES, EDUCATIONAL, AND OVER 200 OTHER FEDERAL AND STATE VIOLATIONS VS ME AS PAST CEO, CFO, AND PRESIDENT OF EBRPAE TEACHERS UNION AND IN EBRPSS PROTECTED ACTS AND REPORTING CHILD AND STUDENT ABUSE (A Nun FRIVOLOUS MATTER):**

**USCA FIFTH CIRCUIT CASE #11-31196**
**600 MAESTRI PLACE, NEW ORLEANS, LA 70130**

*******************************************************************

**ON APPEAL FROM THE USDC MDL**
**CASE 3:10CV00322BAJ. DLD / USCA FIFTH CIRCUIT CASE 11-31196**

*******************************************************************

**MOTION TO AMEND AND FILE CORRECTED APPEAL BRIEFS AND EXCERPTS IN THIS CASE IF NEEDED AND IF THEY ARE NOT TOTALLY IN ACCORDANCE WITH THE FRAP FILING RULES AND APPROVED, AND TO SECURE THE MONEY TO PAY THE ADDITIONAL COPYING COSTS, TO FILE THE ADDITIONAL COPIES OF THE APPEAL BRIEF AND EXCERPTS 30, 40, OR 60 DAYS FROM MAY 5 OR APPROVED AFTER THEY ARE APPROVED BY THE COURT AND TO SUBMIT THE ADDITIONAL COPIES TO THE DEFENSE AND COURT DUE TIME CONSTRAINTS, A LACK OF FUNDS AND FINANCIAL DIFFICULTIES COSTING IN EXCESS OF $8,000 IN THE PAST 5 MONTHS**

******************************************************************

**Filed by: Lester L. Washington, Bth, MA, M.ED., LCGC, ABD**

**FACTS:** **In these appeals USCA fifth circuit 11-31196 and 11-31196, the cost has caused additional financial difficulties, time constraints, and problems because they are so close together. I need additional time and money to file the appeals in USCA 5th Circuit Cases 11-31196 and 11-31196 to finish the copies and make the 7 copies of the brief and copies of the excerpts at $10 - $18.00 per copy in this case and the others. I have had to spend in excess of $[4]6000 in the last 4 months related to funerals, copying costs, rent, food, and other basic expenses in addition to attempting to keep up with these cases. I only make $700 – 800 per 2 weeks or less in clear money. The USDC SDM forced me to overpay the filling fee of $375 in an attempt to obstruct a case and I had to have that paid by May 2, 2011. .... FROM THE ABOVE MOTION**

(4)

**US EEOC, USDOE OCR APPROVED CASE WITH NRTS FOR THEFT OF $350,000, $56,000 IN WAGES, EMPLOYMENT DISCRIMINATION, HATE CRIMES, EDUCATIONAL, LOSSES IN EXCESS OF $6,000,000 OVER THE LAST 10 YEARS OF LITIGATION, OTHER LOSSES, AND OVER 200 OTHER FEDERAL AND STATE VIOLATIONS VS ME AS PAST CEO, CFO, AND PRESIDENT OF EBRPAE TEACHERS UNION AND IN EBRPSS SCHOOL SYSTEM PROTECTED ACTS AND REPORTING CHILD AND STUDENT ABUSE (A NON FRIVOLOUS MATTER) WHICH IS REQUIRED OF GUIDANCE COUNSELORS UNDER FEDERAL LAWS AND WHERE ALL THE CASES WERE OBSTRUCTED TO DATE BY USDC MDL JUDGE BRIAN A. JACKSON, JUDGES BRADY, DALBY, PARKER, ET AL AND THEIR STAFF WERE DIRECTED TO OBSTRUCT ALL CASES FILED BY THE PLAINTIFF W/O A REVIEW OF THE FACTS, EXHIBITS, TRIALS, OR JURIES:**

**USCA FIFTH CIRCUIT CASE #11-31196**
**600 MAESTRI PLACE, NEW ORLEANS, LA 70130**

******************************************************************

**CASE ON APPEAL FROM THE USDC MDL**
**CASE 3:10CV00322BAJ/DLD / USCA FIFTH CIRCUIT CASE 11-31196**

******************************************************************

**UNOPPOSED MOTION TO RECONSIDER THE UN-RECEIVED DENIAL OF THE ORDER DENYING THE:**

**"MOTION FOR A 30 DAY EXTENSION TO AMEND, CORRECT, EARN THE MONEY, COPY, AND FILE CORRECTED APPEAL BRIEFS AND EXCERPTS IN THIS CASE WITH (1) 30 – 40 NEEDED ADDITIONAL PAGES .....JUNE 24, 2012"**

**AND TO GRANT THE 14 – 30 DAYS TO AMEND, MAKE THE MONEY, CORRECTIONS, COPIES, AND SEND THEM TO THE USCA FIFTH CIRCUIT BY JUNE 7 OR 21, 2012 BECAUSE I SWEAR THAT I BURNED MY HAND WHILE WORKING IN THE YARD AND HAVE AMENDMENT DUE BY MAY 26, 2012 IN 2 OTHER CASES IN COLORADO AS A LICENSED COUNSELOR, MINISTER, AND EDUCATOR**

**********************************************************************

**Filed by: Lester L. Washington, Bth, MA, M.ED., LCGC, ABD**
**Tenured & Lifetime Certified Guidance Counselor, State of Louisiana, License # 05143; Past President of EBRPAE Teachers Union / Association**

## ADDITIONAL FACTS FROM OTHER MOTIONS FOR THIS CASE

**This request is needed to stop the obstruction of the this case and its 5,000 pages of evidence, broader 5 USDC MDL cases, for a fair appeal, time to write, file, pay for and amend the briefs and excerpts due to time constraints to complete the amending and refiling. I also have 2 US EEOC and USDOE OCR approved cases in Colorado, 2 sets of appeal briefs and excerpts in the USDC MDL, work 35 – 45 hours per week, earn the money to pay for the appeal briefs and excerpts, and attend to basic needs, sleep, other mandatory responsibilities and financial difficulties costing in excess of $8,000 in the past 5 months. It is to stop and recover more than $6,000,000 in loses, harms, damages, obstruction, theft of $350,000 from my office as the CEO, CFO, and President of the EBRPAE TEACHERS Union, $56,000 in wages, harms, losses, and damages in excess of $6,000,000, and the use of is dues paid for a contractual agreement that was breached ($356.00) and insurance fraud, denial of due process, a lawyer under that contract, and a wrongful conviction via illegal search and seizure in the 19th JDC Criminal Case 09-03-0442 to secure a wrongful conviction.**

**In these appeals USCA fifth circuit 11-31196 and 11-31189, the cost has caused additional financial difficulties, time constraints, and problems because they are so close together. I need additional time and money to file the appeals in USCA 5th Circuit Cases 11-31196 and 11-31189 to finish the copies and make the 7 copies of the brief and copies of the excerpts at $10 - $18.00 per copy in this case and the others. I have had to spend in excess of $6000 in the last 4 months related to funerals, copying costs, rent, food, and other basic expenses in addition to attempting to keep up with these cases. I only make $700 – 800 per 2 weeks or less in**

**clear money. The USDC SDM forced me to overpay the filling fee of $375 in an attempt to obstruct a case and I had to have that paid by May 2, 2011.**

**IN THESE CASES AND FROM THE USDC MDL OBSTRUCTION HAS OCCURRED AND THE EXPENSES OF THE CASES ARE FINANCIALLY BURDENSOME, OVERBEARING, AND GROSS OBSTRUCTIVE. .**

**LIKEWISE, IN THE USDC SDM THE COURT PAUPERISM, STUDENT LOANS IN EXCESS OF $186,000, AND OVER $400,000 IBN DEBT TRYING TO FINISH SCHOOL, DISABILITY / MEDICAL COST OF OVER $2400 / MONTH, AND OTHER EXPENSES: RENT, GAS, FOOD, BASIC BILLS, ETC. IN EXCESS OF $3000, TO PAY THE $375.00 FILING FEE IN THE USDC SDM TO OBSTRUCT THIS CASE FOR THE FOURTH TIME:**

The Plaintiff is a Person with a 504, ADA, IDEA, and federal disability and the federal laws demand that he has double time to prepare for and have a fair trial. The US 504 ADA/IDEA Laws demand that persons with disabilities have double time to address the courts without a lawyer to have fair, equal, unbiased, and non discriminatory hearings in a court that is using his and the public funds to cover up more than 300 federal violations of laws by the defense and a gross misuse of public and federal funds in federal programs. The Plaintiffs seeks accommodations and double time, as a person with a disability, to prepare for and answer the dismissal order under FRAP RULE 56 (b) and 12 (b) because the plaintiff has a notice of right to sue thorough the EEOC admittedly refused to thoroughly investigate this cases and other due to a "shortage of funds" and low priority of child abuse, employee abuse, and theft cases

In accordance with:

- LR7.9E& M Extension of Time to Plead
- LR7.9W Motion for Continuance or for Extension of Time

The extension is needed and approved under FRAP RULES 56 (b) and 12 (b) actions were planned, premeditated, malicious, aided, abetted, collaborated, violent (vs. 34 CFR 99 FERPA laws and the CRA OF 1964), arbitrary and capricious. The defense have filed false, erroneous, and lying documents in the court in an effort to seek and gain the sympathy of the court and to deceive it regarding more than 10 years of Employment Discrimination, Child and Student Abuses, and intended to deceive the court via lies and false claims in violation of federal laws, racial, gender, title vi, vii, ix, const amend, 5, 11, and 14, and other laws (See EEOC NEW CASE).

THE COMPLAINTS AND FACTS IN THE CASE NEED TO BE PROPERLY SUBMITTED TO THE COURT VIA INTERR. ADM. PROD. OF INFO. DISCLOSURE, AND DISCOVERY, REVIEWED AND ADDRESSED INCLUDING THE PLACING OF FALSE INFORMATION IN HIS PERSONNEL FILES, THEFT FROM HIS EBRPSS / EBRPAE OFFICE, ABUSE OF HIS OWN CHILD WHICH HE DOES PLAN TO GET JUSTICE VIA THE COURTS AND/OR OTHER LEGAL

MEANS AND R THE EEOC, OCR, AND OTHER DID NOT AND REFUSE TO HOLD THOROUGH INVESTIGATION BEFORE ISSUING FALSE AND LYING CLAIMS AN REPORTS THAT ARE CONTRARY TO THE FACTS

1. Discrimination vs. persons with disabilities and denial of all due process to them is not frivolous / unimportant: The Plaintiff in this case is a person with a Disability and needs more than 2000 pages of facts, disability information, exhibits, and other court files to write and properly reference / amend this case.

2. According to the USDOE - OCR, EEOC, EBRPSS, state of Louisiana, Const. Amend. 5, 1, and 11 (equal protection laws), and the Louisiana Department of Education, it is never acceptable to place false information in the files of a tenured and lifetime certified teacher, counselor, or educator under TITLE VI, VII, IX, THE CRA OF 1964, TITLE 20, and other federal and state laws without a full due process hearing and a "go to hell attitude" where the defense refused to hold all due process an grievance hearings. Thus by doing so, even after I left the parish, it is a violation of educational laws of the USDOE, OCR, and EEOC. This is age, racial, disability, gender discrimination against black male Guidance Counselors since I was the only counselor in the Parish /County in Pre K - 5th, Title IX - the Creation and maintenance of a hostile environment where Mire, Helire, and Lede placed false information in my personnel files to forever deny me re employment or access to education in EBRPSS. The state of Louisiana under Title VI based on the false information, denial of employment based on the false information (EEOC - TITLE VII), lying to a person with a disability and making false claims (I have a 504 medically induced disability which is not inhibiting and requires no accommodations so there is no need to go into the details or to probe that (I do not discuss my disability on the phone except that it is Herpes and the related complications from medications)., an other USDOE OCR violations. This false information was added to deny access to jobs and future education in EBRPSS schools, colleges, and universities.

3. NEA, LAE, AND EBRAPE REFUSED TO ANSWER THE SUMMONS AND I NEED HAVE BEEN FORCED TO APPEAL A CASE ILLEGALLY AND TO OBSTRUCT JUSTICE.

4. EBRPAE STOLE OVER $400,000 FROM ME AND OUT OF MY OFFICE.

5. ALL DUE PROCESS AND JUSTICE HAS BEEN DENIED.

THE APPEAL BRIEFS AND EXCERPTS COST IN EXCESS OF $400 TO PRINT: I AM RECOVERING FROM $1200 IN EXPENSES RELATED TO THE DEATH OF MY BROTHER

THE USDC SDM FORCED ME, AFTER OBSTRUCTING A CASE FILED 2 YEARS AGO TO PAY THE FILING FEE TO FILE A CASE WHERE THE CHIEF JUSTICE IN ON

THE PAYROLL OF THE DEFENSE AND HAS OBSTRUCTED THE CASE NOW THE FOURTH TIME AS FOLLOWS IN SPITE OF MY HAVING OVER $300,000 IN DEBT – GROSS OBSTRUCTION TO RECOVER STOLEN STUDENT LOANS

**(5)**

## USDC SDM, JSUMS STOLE $20,000 IN MY STUDENT LOANS AND COST ME IN EXCESS OF $6,00,000 IN LOSSES, DAMAGES, AND POTENTIAL DAMAGES FROM PATENTS, WORK, GETTING MY PHD, ETC.

**IN THE UNITED STATES DISTRICT COURT**
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**Lester L. Washington, Bth, MA, M.Ed., LCGC, ABD**
**JSUMS PHD Student in Good Standing**
PLAINTIFF

Vs. Civil Action No.: **3:10-cv-00424-TSL -MTP**

Jackson State University, Jackson, Mississippi (JSUMS), Attorney General for the state of Mississippi (AGO of MS), Attorney Generals Office - Institutions of Higher Learning Of Mississippi (AGO IHL of MS), Dr. Ronald Mason President of JSUMS, and Dr Quinton L. Williams, Dr. Alfred Jackson, Kathy Elam, Sherry L. Wilson, Dr. Richard Chiles, Dr. Louis P. Anderson, Dr. Dorris Robinson-Gardner, Dean Dr. Dollye Robinson, Dr. Kaye Sly, Dr. An Yen Liu, Dr. Jeffery Cassisi, Dr. Sheree Watson, Dr. Shih-Sung Wen, Dr. Pamela Banks, Dr. Joseph Martin Stevenson, Dr. Debra Buchanan, Dr. Velvelyn Foster, Dr. Reuben Gentry, Dr. Sidney Mclaurin, Attorney Regina Quinn

DEFENDANTS

---

**RESPONSE, FILING, AND RESUBMISSION OF FINANCIAL FACTS IN OPPOSITION TO THE COURTS ONGOING DEMAND FOR FINANCIAL DATA AND OBSTRUCTION OF THE IFP MOTION, JUSTICE, CASE, FACTS, FILINGS, AND SERVICE OF THE SUMMONS AND ALL FAIR, UNBIASED AND NON DISCRIMINATORY LITIGATION IN VIOLATION OF FRAP 1B, 12B, AND 56B, AND IN FAVOR OF THE DEFENSE – EMPLOYERS OF THE CHIEF JUSTICE OF THE USDC SDM: THE AGO OF MS, AGO IHL OF MS, JSUMS, ET AL AND DENIAL OF THE IFP FOR A PERSON WITH A DISABILITY WITH IN EXCESS OF $350,000 IN SCHOOL, DISABILITY, AND**

**RELATED DEBT AND WHOSE INCOME IS LESS THAN $1500 / A MONTH AND DEBTS TOTAL MORE THAN $3000 / MONTH**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**Lester L. Washington, Bth, MA, M.Ed., LCGC, ABD**
**JSUMS PHD Student in Good Standing**
PLAINTIFF

Vs. Civil Action No.: **3:10-cv-00424-TSL -FKB**

Jackson State University, Jackson, Mississippi (JSUMS), Attorney General for the state of Mississippi (AGO of MS), Attorney Generals Office - Institutions of Higher Learning Of Mississippi (AGO IHL of MS), Dr. Ronald Mason President of JSUMS, and Dr Quinton L. Williams, Dr. Alfred Jackson, Kathy Elam, Sherry L. Wilson, Dr. Richard Chiles, Dr. Louis P. Anderson, Dr. Dorris Robinson-Gardner, Dean Dr. Dollye Robinson, Dr. Kaye Sly, Dr. An Yen Liu, Dr. Jeffery Cassisi, Dr. Sheree Watson, Dr. Shih-Sung Wen, Dr. Pamela Banks, Dr. Joseph Martin Stevenson, Dr. Debra Buchanan, Dr. Velvelyn Foster, Dr. Reuben Gentry, Dr. Sidney Mclaurin, Attorney Regina Quinn

DEFENDANTS

---

**MOTION TO STAY OR DELAY ALL COURT PROCEEDINGS AND DEADLINES FOR 30 DAYS AND ALL FEE PAYMENTS FOR 90 – 120 DAYS AFTER FEBRUARY 29, 2012 OR THE MAXIMUM PERIOD ALLOWED IN THIS CASE IN THE USCA FIFTH CIRCUIT'S JURISDICTION WHERE THE IFP WAS APPROVED 11-30591, 11-31196, 11-31189 AND THE CASE WAS APPROVED BY THE USDOE OCR AND USEEOC ET AL: ...THIS IS NEEDED BECAUSE OF THE IMMEDIATE UNEXPECTED DEATH OF MY OLDER BROTHER MYLES WASHINGTON ON JANUARY 14, 2012 IN PENSACOLA AND I HAVE TO SPEND OVER $1200 TO TRAVEL THERE AND FINANCIALLY DEAL WITH THIS EMERGENCY FAMILY CRISES FROM NOW TO APRIL 2012 AND BEYOND AND CANNOT PROPERLY ADDRESS COURT MATTERS OR PAY THE $350 UNFAIR AND ILLEGAL / OBSTRUCTIVE FILING FEES IN THIS COURT AND MORE THAN $2000 OTHER COSTS IN THE USCA FIFTH CIRCUIT FILINGS) FOR FAIR RESOLUTION OF THE CASE IN LIGHT OF OTHER LITIGATION, FILINGS, CASES, AND THIS DEATH IN MY FAMILY AND THE FINANCIAL IMPACT TOTALLYING OVER $100,000,000 IN LOSSES AND EDUCATIONAL HARMS, DAMAGES, POTENTIAL AND REAL INCOME, ETC. FOR RELIEF**

---

Date: Wed, 2 May 2012 15:05:14 -0500
From: cmecfhelpdesk@mssd.uscourts.gov
To: Courtmail@mssd.uscourts.gov
Subject: Activity in Case 3:10-cv-00424-TSL-MTP Washington v. Jackson State University et al Filing Fee Received

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of Mississippi**
**Notice of Electronic Filing**

The following transaction was entered on 5/2/2012 at 3:05 PM CDT and filed on 5/2/2012

| | |
|---|---|
| **Case Name:** | Washington v. Jackson State University et al |
| **Case Number:** | 3:10-cv-00424-TSL-MTP |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Filing fee paid: $ 375, receipt number 34643015579. (ND)**

**3:10-cv-00424-TSL-MTP Notice has been electronically mailed to:**

Lester L. Washington llwashing@hotmail.com

**3:10-cv-00424-TSL-MTP Notice has been delivered by other means to:**

---

Date: Wed, 2 May 2012 10:56:31 -0500
From: cmecfhelpdesk@mssd.uscourts.gov
To: Courtmail@mssd.uscourts.gov

Subject: Activity in Case 3:10-cv-00424-TSL-MTP Washington v. Jackson State University et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of Mississippi**

**Notice of Electronic Filing**

The following transaction was entered on 5/2/2012 at 10:56 AM CDT and filed on 5/2/2012

| | |
|---|---|
| **Case Name:** | Washington v. Jackson State University et al |
| **Case Number:** | 3:10-cv-00424-TSL-MTP |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**TEXT ONLY ORDER: The Clerk of Court is directed to refund the sum of $25.00 to plaintiff, which was over-payment of the balance of filing fee due in this case. NO FURTHER WRITTEN ORDER SHALL ISSUE FROM THIS COURT. Issued by District Judge Tom S. Lee on 5/2/12 (LWE)**

**3:10-cv-00424-TSL-MTP Notice has been electronically mailed to:**

Lester L. Washington llwashing@hotmail.com

**3:10-cv-00424-TSL-MTP Notice has been delivered by other means to:**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**Lester L. Washington, Bth, MA, M.Ed., LCGC, ABD**
**JSUMS PHD Student in Good Standing**

PLAINTIFF

Vs. Civil Action No.: **3:10-CV-00424-TSL -FKB**

Jackson State University, Jackson, Mississippi (JSUMS), Attorney General for the state of Mississippi (AGO of MS), Attorney Generals Office - Institutions of Higher Learning Of Mississippi (AGO IHL of MS), Dr. Ronald Mason President of JSUMS, and Dr Quinton L. Williams, Dr. Alfred Jackson, Kathy Elam, Sherry L. Wilson, Dr. Richard Chiles, Dr. Louis P. Anderson, Dr. Dorris Robinson-Gardner, Dean Dr. Dollye Robinson, Dr. Kaye Sly, Dr. An Yen Liu, Dr. Jeffery Cassisi, Dr. Sheree Watson, Dr. Shih-Sung Wen, Dr. Pamela Banks, Dr. Joseph Martin Stevenson, Dr. Debra Buchanan, Dr. Velvelyn Foster, Dr. Reuben Gentry, Dr. Sidney Mclaurin, Attorney Regina Quinn

DEFENDANTS

---

**(1) ATTACHED FILING FEE AND (2) MOTION FOR THE USDC SDM COURT TO REVERSE THE RESCINDING AND REAPPROVE THE IFP MOTION, CASE, FACTS, EXHIBITS, SERVICE OF THE SUMMONS AND STOP ENGAGING IN THE ONGOING OBSTRUCTION OF JUSTICE: THIS IS SUPPRESSION AND SEQUESTERING OF 20,000 PAGES OF EVIDENCE, ALL DISCOVERY, DISCLOSURE, COMMISSION OF ACADEMIC AND EDUCATIONAL HOMICIDE © IN VIOLATION OF TITLE VI, VII, IX, AND CONDONING OF OVER 300 FEDERAL, STATE, UNIVERSITY, AND OTHER VIOLATIONS, RETALIATORY ACTS, DENIAL OF ACCESS TO HIGHER EDUCATION AND PHD PROGRAMS AND EXPENDITURE OF MILLIONS OF DOLLARS TO KEEP MORE THAN 70 AFRICAN AMERICAN S FROM GRADUATING FROM BEING READMITTED TO JSUMS AND FINISH THEIR DOCTORATE DEGREES**

## FACTS

This is 4th US EEOC, USDOE OCR, USDC EDL, etc. approved case vs. the defense and their supporters: Chief Justice HT Wingate's (judge Lees boss) Present and Past Employers of HT Wingate for whom the case is being obstructed: JSUMS, the AGO IHL OF MS, AGO OF MS, et al. These are new US EEOC, US DOE OCR, and federally approved violations of federal laws, new causes of actions, new abuses, new dates, denial of access to qualified members of protected groups. This is for violations of Title VI, VI, IX, the CRA of 1964/1991 (denial of access to university programs due to protected activities, grievances, complaints, race, gender, university violations, for engage in academic and educational homicides in the USDC SDM, USCA fifth circuit jurisdictions, and USA by the defense in this and the historical cases (3:03cv1206HTW/JS, 3:07cv0074, USDC EDL 2:08CV04583, and this case USDC SDM 3:10cv00424. The Plaintiff in this case has suffered through more than 3 federal and more than 5 USCA

Fifth Circuit Cases vs. the defendants in this case, the employers of ht Wingate: the AGO OF MS, AGO IHL OF MS, ET AL.

**RELIEF SOUGHT**

**1. THE PLAINTIFF SEEKS APPROVAL OF THIS MOTION AND RETURN OF THE ILLEGAL FILING FEE WHERE THE COURT HAS OUTRIGHT ERRED, MADE FALSE CLAIMS, IGNORED EVIDENCE, EXHIBITS, OBSTRUCTED JUSTICE, WRITTEN FALSE ORDERS, IGNORED TRUE FINANCIAL STATUS, FACTS, AND EVIDENCE, AND CLAIMED THAT HE IS NOT A PAUPER, DOES NOT DESERVE APPROVAL OF THE IFP BASED ON HIS: POVERTY, PAUPERISM, DISABILITY, ABD PHD STATUS, AND $400,000 PLUS IN DEBTS.**

**<u>(1) ATTACHED FILING FEE AND (2) MOTION FOR THE USDC SDM COURT TO REVERSE THE RESCINDING AND REAPPROVE THE IFP MOTION, CASE, FACTS, EXHIBITS, SERVICE OF THE SUMMONS AND STOP ENGAGING IN THE ONGOING OBSTRUCTION OF JUSTICE:</u> THIS IS SUPPRESSION AND SEQUESTERING OF 20,000 PAGES OF EVIDENCE, ALL DISCOVERY, DISCLOSURE, COMMISSION OF ACADEMIC AND EDUCATIONAL HOMICIDE © IN VIOLATION OF TITLE VI, VII, IX, AND CONDONING OF OVER 300 FEDERAL, STATE, UNIVERSITY, AND OTHER VIOLATIONS, RETALIATORY ACTS, DENIAL OF ACCESS TO HIGHER EDUCATION AND PHD PROGRAMS AND EXPENDITURE OF MILLIONS OF DOLLARS TO KEEP MORE THAN 70 AFRICAN AMERICAN S FROM GRADUATING FROM BEING READMITTED TO JSUMS AND FINISH THEIR DOCTORATE DEGREES**

**AFFIDAVIT**

**I Lester L. Washington /S/** <u>LESTER L. WASHINGTON</u> **swear that have fulfilled all of these and the Federal, US Constitutional, Democratic, American, Title VII, VII, Const. Amend. 1, 5, 11, and 14, federal courts FRCP, FRAP, AND USSC administrative requirements, gotten NRTS, exhausted the federal administrative processes, diligently, good faith, and to the best of my ability followed all of the court processes and where I have not and made mistakes, I sincerely apologize. I need the file the other amended complaint / petition at a later date due to financial constraints. In he USDC MDL, Judge Jackson, the USCA Fifth Circuit, USDC MDL Chief Justice, and Clerk of Court know that the documents were received late. The USDC of CO knows it has jurisdiction and subject matter, diversity, and federal question jurisdiction as was affirmed by the court.**

**THE FACTS IN THE FOLLOWING MOTIONS NEED 30 – 60 DAYS OF TIME TO BE ADDRESSED FOR A FAIR, UNBIASED, NON OBSTRUCTIVE, NON DISCRIMINATORY CASE, FAIR TRIAL, 12 MEMBER JURY, REVIEW OF THE MORE THAN 5,000 PAGES OF FACTS, EXHIBITS, AND EVIDENCE**

**The plaintiff deserves the same treatment, time, double time in that i am a pauper, poor, university abd PhD candidate, person with an ADA, IDEA, CDC, and 504 defined disability under the cra of 1964, American disability laws, us dhhs laws, and others. Thus i should, under American disability laws, get 60 days to file 30 day deadlines and 10 opportunities where the court allows other to amend complaints and petitions 5 times as it has. The court has in turned reduced the number of filings of amended complaints for persons w/ disabilities, paupers, the poor, minorities, blacks, student with from $50,000 - $300,000 in debt and other deserving plaintiffs far less time to file and correct petitions and complaints than seasoned lawyers, the richer defendants, and other in this case who violated federal laws.**

> ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT
> Plaintiff, Lester L. Washington, has filed *pro se* a Title VII Complaint (ECF No.1). Mr. Washington also has filed a "Motion to File the Rough Draft of the History and Representation of Some 5 - 8000 Pages of Available Exhibits, Facts, and Past Complaints . . ." (ECF No.4) that includes background information regarding his claims in this action and that makes reference to a judicial misconduct complaint Mr. Washington alleges he has filed against various judges, including me, in the United States Court of Appeals for the Tenth Circuit. Mr. Washington contends with respect to the alleged judicial misconduct that: [t]he judges and courts (Boland, Weinshienk, USDC of co, and USCA 10th circuit) have repeatedly lied and filed false orders, denied motions, obstructed justice, and falsely claimed that university professors, attorneys, administrators, and their supporters (the defense) cannot answer or understand basic questions written by one of their students to obstruct the cases. **REFERENCE: Case 1:12-cv-01033-BNB Document 7 Filed 04/26/12 USDC Colorado Page 1 of 9**

**ALL OF THE FILED AND REFILLED CASES ARE US EEOC, USDOE OCR APPROVED CASE WITH NRTS FOR THE FEDERAL VIOLATIONS**

## RELIEF SOUGHT

## THE PLAINTIFF SEEKS RELIEF AND APPROVAL OF THIS:

**1. MOTION (1) FOR A 30 TO 60 DAY EXTENSION TO FILE AN AMENDED PETITION IN THIS CASE (1:12CV01033BNB) BY JUNE 26-27, 2012 OR JULY 26-27, 2012 BECAUSE I HAVE (A) 4 APPEAL DOCUMENTS TO PREPARE, (B) ANOTHER CASE, (C) 35-45 HOURS OF WORK, BURNED MY RIGHT TYPING HAND THIS PAST SUNDAY WHICH PREVENTED WRITING THE AMENDED COMPLAINT ETC. AND**

**MOTION (2) FOR THE COURT TO SEND OR DIRECT THE PLAINTIFF TO A PERFECT EXAMPLE OF A CASE (S) AS THE USCA'S DO IN COMPLIANCE WITH FRAP RULE 8, 12, AND 56 IN THAT I HAVE REVIEWED 1000'S OF USDC OF CO, USDC SDM, USDC MDL, USDC EDL, AND OTHER FEDERAL CASES AND PERSONALLY FEEL THAT GROSS AND MALICIOUS OBSTRUCTION IS TAKING PLACE (2 ) IN FAVOR OF THE DEFENSE AND DANA HIATT**

2. **DELAY IN THE DEADLINE OF THE ORDER:** ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT AND GIVE THE PLAINTIFF TIME TO ADDRESS THE MATTERS IN THE CASE FOR A FAIR HEARING, TO STOP THE OBSTRUCTION INITIATED BY DANA HIATT, CSU FT. COLLINS, AND THEIR SUPPORTERS WHERE I HAVE HAD TO FILE AND REFILE THE CASES (USDC OF CO 1:09CV02970BNB, 1:10CV01889BNB, 1:10CV01889BNB, 1:12CV01033BNB, AND THIS CASE 1:12CV01034BNB

3. **I /S/ LESTER L. WASHINGTON SWEAR THAT MY HAND WAS BURNED VIA A LAWNMOWER ACCIDENT AND I CANNOT GET THE APPEAL BRIEF AND EXCERPTS COMPLETED ON TIME FOR A FAIR, UNBIASED, WARRANTED, FULL DUE PROCESS, Nun DISCRIMINATORY REVIEW OF HE FACTS AND LESS THAN 1/100TH OF THE PAGES OF THE FACTS IN THIS CASE TO PRE-EMPTY THE OBSTRUCTION INITIATED BY TE DEFENSE AND CHIEF JUSTICE BRIAN A. JACKSON AFTER THE CASES WERE APPROVE D BY JUDGE DALBY.**

4. **I SWEAR I NEED THIS FOR A FAIR APPEAL UNDER AMERICAN FRCP, FRAP, 42 USC 1981/1983, CONSTITUTIONAL, CRA OF 1964, TITLE VI, VII, II DISABILITY**

---

2 **And therefore for this order to amend (USDC OF CO CASE 112CV01034BNB REFILED 1:10CV01889BNB Case 1:12-cv-01034-BNB Document 7 Filed 04/26/12 USDC Colorado Page 1 of 8) I am requesting a 12 member jury, change of venue, change of judges, and appointment of a federal prosecutor because a judges wife is a defendant** (DANA HIATT): I feel there are some cases on title forms and 10 of 1000's that are not on forms and this appears to be gross, intentional, and obstructive obstruction vs. Pro se plaintiffs who have more access to computer, typewrites are obsolete in the united states, handwritten cases are more difficult and time consuming, the clerks can copy and paste the complaints and the court has allowed 1000's of other defendants from 2005 – 5/2012 and plaintiffs to amend cases 5 – 10 times before dismissal but only allowed the plaintiff 1 (one) rejected amendment and this case and the other (usdc of co case 1:12CV01034BNB) has been filed 3-4 times and amended 16 times

**AND OTHER LAWS THAT DEMAND THAT DISABLED PERSONS RECEIVE DOUBLE TIME FOR FILING COURT AND LITIGATION DOCUMENTS.**

5. **I SWEAR THAT I CANNOT CONTROL THE DEATHS, MEDICAL, AND OTHER EMERGENCIES AND FINANCIAL TROUBLES DUE TO THE HARMS, LOSSES, AND DAMAGES IN VIOLATION OF TITLE VI, VII, 42 USC 1981/1983 LAWS, AND OTHERS.**

6. **I NEED THE FOLLOWING MOTION APPROVED: MOTION FOR A 30 DAY EXTENSION TO AMEND, CORRECT, EARN THE MONEY, COPY, AND FILE CORRECTED APPEAL BRIEFS AND EXCERPTS IN THIS CASE WITH (1) 30 – 40 NEEDED ADDITIONAL PAGES IN THE APPEAL BRIEF, AND (2) 30 EXTRA PAGES IN THE APPEAL EXCERPTS, AND (3) SUPPLEMENTATION OF 40+ PAGES OF EXHIBITS ACCORDING TO THE COURT ORDER DATED MAY 10, 2012 AND RECEIVED IN COLORADO MAY 17, 2012, 8 DAYS BEFORE IT IS DUE TO JUNE 24, 2012**

7. The plaintiff seeks and needs ALL OTHER AMERICAN, FEDERAL, AND STATE AVAILABLE RELIEF: for the proper litigation of this case after more than 6 years of filing and refilling a the cases in accordance with the previous courts ruling and dismissal of the case without prejudice and refiling it with the US DOE OCR, EEOC, and the USDC MDL.

8. Relief is needed for all federal, states, university, DOEO, State Personnel, hate crimes, discrimination, bias, CCRC, CCRD, DORA, and other laws to prevent hiring, job, employment, retaliations for engaging in protected activities and other violations. Relief is sought against all other illegal acts to oppose injustices, bias, prejudice, inter racial, intra racial hate and discrimination (black on black and white and others vs. blacks) and other illegal acts against tax and tuition paying students, staffs, visitors, and employees and their families, friends, communities, sates, nation, etc. supporting CSUFC and the state via federal and state taxpayer,, and other funds.

9. Relief is needed Re Reopening of all CSUFC cases filed with federal, state, university, and other investigators, courts, judges, and agencies and the cessation of obstruction of justice and denial of all due process hearings, trials, juries, etc. over the past 5 – 10 years where Roselyn Cutler, Dana Hiatt, CSUFc, et al have and continue to obstruct justice, cover up the violations, and rally all persons, forces, and opposition via state and federal agencies to block and deny all investigations and fair, unbiased, and non discriminatory litigation vs. the defendants for these intentional, aided, abetted, malicious, violent, and retaliatory acts and violations of federal, state, and university laws.

10. The Plaintiff requests fair, unbiased, and non discriminatory trial with all facts, evidence, witnesses, counselors, advisors, students, staff, and employees available based on the list given to the university in 2006 and where the hearings were cancelled

11. He seeks redress for the African Americans /Africans denied graduation for the past 10 years 20 be contacted and granted the opportunity to complete their degrees from a distance without harassment and return to their illegally terminated jobs.

12. Wherefore the Charging and violated parties pray that the EEOC , CCRD, CCRC, DORA, USDOE OCR, state, and/or the federal government agencies and courts cause the said respondents and their supporters to cease and desist from willfully and maliciously practicing and retaliations / violations vs. African American / lacks and other parsons seeking jobs and full due process of law.

13. He requests the cessation of employment, job, and contract violations, discriminations, and hate crimes.

14. He prays for the cessation of abuses, harms, denial of access to jobs and employment via preselection and engaging in biases, prejudices, and discrimination to hire far less qualified blacks and whites preselected by CSUFc administrators.

15. The Plaintiff prays for cessation of stalking and gross malicious acts against minority students.

16. The Charging Party prays for a cessation of theses practices and denial, lying, filing false documents, writing and communicating false information to DOEO, EEOC, and USDOE – OCR, HHS OCR, university personnel, CSU HRS Department, and other investigations.

17. OTHER RELIEFS ARE TO BE DETERMINED AND SUBMITTED LATER TO THE COURT

**Respectfully sent to the USDC OF COLORADO this 23rd day of May, 2012:**

Filed by: Lester L. Washington, Bth, MA, M.ED., LCGC, ABD
Tenured & Lifetime Certified Guidance Counselor, State of Louisiana, License # 05143
Past President of EBRPAE Teachers Union / Association
P.O. Box 494, Ft. Collins, CO 80522 (all mail)
Primary email: llwashing@hotmail.com; Personal Cell: 225-205-1960
Emergencies: 850-324-1938, 225-993-2371
Landlord – 508 Smith Street, Ft. Collins, Colorado, 80524
(No unexpected visitors [redacted]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## CIVIL ACTION NO. 12-CV-01034-BNB

## (REFILED CASES 1:09CV02970BNB AND 1:10CV01889BNB BNB/ZLW, AND USCA CASES 10-1254 AND 11-1166)

LESTER L. WASHINGTON, Bth, MA, M.E.D., LCGC, ABD,
Plaintiff,

v.

COLORADO STATE UNIV. FT. COLLINS, et al., Defendants. AND **DR. LARRY PENLEY, CSUFC President ; DANA HIATT, Director of the CSUFC DOEO; ROSELYN CUTLER, Chief Investigator of the CSUFC DOEO; CAROL SHIREY, Director of the CSUFC – HRS, MS. CINDY BEFUS, CSUFC Graduate School Administrator; DR. JENNIFER MOLOCK, CSUFC Director of Black Student Services (BSS); GLEN WELLS, CSUFC HDFS Administrator; KAREN L BRIGHAM, CSUFC HDFS Supervisor; DR. APRIL C MASON - CSUFC Dean of the College Of Applied Human Science (CAHS) and overseer, employer, decision maker etc. for the CSUFC School Of Education and its employment, support of minorities, and PHD Candidates; and Dr. Craig Chesson, Director of the CSUFC Conflict Resolution Office** (CRO)###

**SEE THE HISTORICAL CASE FOR ORIGINAL DEFENDANTS LIST.**

**DEFENDANTS**

*************************************************************************

## CERTIFICATE OF SERVICE FOR

**MOTION (1) FOR A 30 TO 60 DAY EXTENSION TO FILE AN AMENDED PETITION IN THIS CASE (1:12CV01034BNB) BY JUNE 26-27, 2012 OR JULY 26-27, 2012 BECAUSE I HAVE (A) 4 APPEAL DOCUMENTS TO PREPARE, (B) ANOTHER CASE, (C) 35-45 HOURS OF WORK, BURNED MY RIGHT TYPING HAND THIS PAST SUNDAY WHICH PREVENTED WRITING THE AMENDED COMPLAINT ETC. AND**

**MOTION (2) FOR THE COURT TO SEND OR DIRECT THE PLAINTIFF TO A PERFECT EXAMPLE OF A CASE (S) AS THE USCA'S DO IN COMPLIANCE WITH FRAP RULE 8, 12, AND 56 IN THAT I HAVE REVIEWED 1000'S OF USDC OF CO, USDC SDM, USDC MDL, USDC EDL, AND OTHER FEDERAL CASES AND PERSONALLY FEEL THAT GROSS AND MALICIOUS OBSTRUCTION IS TAKING PLACE IN FAVOR OF THE DEFENSE AND DANA HIATT**

**I Lester L. Washington, Pro Se Plaintiff, mailed this Motion.... to the court on this 23RD Day of May 2012, but not to the defendants in the case because the complaint is not finished and served. Respectfully submitted on this 23RD Day of May 2012,**

**/S/Lester L. Washington**
**Lester L. Washington, DT, Bth, MA, M.Ed., LCGC, ABD**
**Colorado State University Ft. Collins (CSUFC)**
**CSUFC Past Student and Non Student Hourly Employee**
**P.O. Box 494, Ft. Collins, CO 80522-0494 (all mail)**
**Alternate address:[redacted]**
**Primary email: llwashing@hotmail.com**
**Personal Cell: 225-205-1960, Emergencies: 850-324-1938, 225-993-2371**
**C/O Angelo Washington, 2223 Lyndmont Dr, Pensacola, FL 32505**

USDC OF Colorado - Clerk's Office
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, Colorado 80294-3589
Civil Division: (303) 844-3433
Criminal Division: (303) 844-2115
CVB/Petty Offense: (303) 844-5475
Jury: (800) 359-8699

<u>THIS MOTION WAS [redacted] SENT TO THE FOLLOWING DEFENDANTS [redacted] THE SUMMONS HAS NOT BEEN SERVED:</u>

COLORADO STATE UNIVERSITY SYSTEM
DIRECTOR/CHAIR/CHANCELLOR
CSU FT. COLLINS, PRESIDENTS' OFFICE
410 17th Street, Suite 2440
Denver, CO 80202
(303) 534-6290 (main)
(303) 376-2606 / (970) 297-3606 (direct)

OFFICE OF THE PRESIDENT

DR. TONY FRANK - CSUFC
102 Administration Building
0100 Campus Delivery
Fort Collins, CO 80523-0100
(970) 491-6211
presofc@lamar.colostate.edu

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## CIVIL ACTION NO. 12-CV-01034-BNB

## (REFILED CASES 1:09CV02970BNB AND 1:10CV01889BNB BNB/ZLW, AND USCA CASES 10-1254 AND 11-1166)

LESTER L. WASHINGTON, Bth, MA, M.E.D., LCGC, ABD,
Plaintiff,

v.
COLORADO STATE UNIV. FT. COLLINS, et al., Defendants. AND **DR. LARRY PENLEY, CSUFC President ; DANA HIATT, Director of the CSUFC DOEO; ROSELYN CUTLER, Chief Investigator of the CSUFC DOEO; CAROL SHIREY, Director of the CSUFC – HRS, MS. CINDY BEFUS, CSUFC Graduate School Administrator; DR. JENNIFER MOLOCK, CSUFC Director of Black Student Services (BSS); GLEN WELLS, CSUFC HDFS Administrator; KAREN L BRIGHAM, CSUFC HDFS Supervisor; DR. APRIL C MASON - CSUFC Dean of the College Of Applied Human Science (CAHS) and overseer, employer, decision maker etc. for the CSUFC School Of Education and its employment, support of minorities, and PHD Candidates; and Dr. Craig Chesson, Director of the CSUFC Conflict Resolution Office** (CRO)###
**SEE THE HISTORICAL CASE FOR ORIGINAL DEFENDANTS LIST.**

**DEFENDANTS**

******************************************************************************

## PROPOSED ORDER

**MOTION (1) FOR A 30 TO 60 DAY EXTENSION TO FILE AN AMENDED PETITION IN THIS CASE (1:12CV01034BNB) BY JUNE 26-27, 2012 OR JULY 26-27, 2012 BECAUSE I HAVE (A) 4 APPEAL DOCUMENTS TO PREPARE, (B) ANOTHER CASE, (C) 35-45 HOURS OF WORK, BURNED MY RIGHT TYPING HAND THIS PAST SUNDAY WHICH PREVENTED WRITING THE AMENDED COMPLAINT ETC. AND**

**MOTION (2) FOR THE COURT TO SEND OR DIRECT THE PLAINTIFF TO A PERFECT EXAMPLE OF A CASE (S) AS THE USCA'S DO IN COMPLIANCE WITH FRAP RULE 8, 12, AND 56 IN THAT I HAVE REVIEWED 1000'S OF USDC OF CO, USDC SDM, USDC MDL, USDC EDL, AND OTHER FEDERAL CASES AND**

**PERSONALLY FEEL THAT GROSS AND MALICIOUS OBSTRUCTION IS TAKING PLACE IN FAVOR OF THE DEFENSE AND DANA HIATT**

***************************************************************

**Approved __________________**

**Disapproved _________________ this _______ day of _____________ 2012 by:**

**JUDGE (s) _______________________date: ______**

**JUDGE (s) _______________________date: ______**

**Lester L. Washington, DT, Bth, MA, M.Ed., LCGC, ABD**
**Colorado State University Ft. Collins (CSUFC)**
**CSUFC Past Student and Non Student Hourly Employee**
**P.O. Box 494, Ft. Collins, CO 80522-0494 (all mail)**

USDC OF Colorado - Clerk's Office
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, Colorado 80294-3589
Civil Division: (303) 844-3433
Criminal Division: (303) 844-2115
CVB/Petty Offense: (303) 844-5475
Jury: (800) 359-8699

**THIS MOTION WAS NOT SENT TO THE FOLLOWING DEFENDANTS BECAUSE THE SUMMONS HAS NOT BEEN SERVED:**

COLORADO STATE UNIVERSITY
SYSTEM
DIRECTOR/CHAIR/CHANCELLOR
CSU FT. COLLINS, PRESIDENTS'
OFFICE
410 17th Street, Suite 2440
Denver, CO 80202
(303) 534-6290 (main)
(303) 376-2606 / (970) 297-3606 (direct)

DR. TONY FRANK - CSUFC
102 Administration Building
0100 Campus Delivery
Fort Collins, CO 80523-0100
(970) 491-6211
presofc@lamar.colostate.edu

OFFICE OF THE PRESIDENT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01033-BNB
**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

LESTER L. WASHINGTON, Bth, MA, M.E.D., LCGC,

Plaintiff,

v.

CSUFT COLLINS,
CSUBOG,
CSU FC,
HDFS, et al.,

Defendants.

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff has filed *pro se* a Title VII Compliant (ECF No.1), a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2), a "Motion to Refile of USDC of Colorado Case 10CV1888 . . ." (ECF No. 3), and a "Motion to File the Rough Draft of the History and Representation of Some 5 - 8000 Pages of Available Exhibits, Facts, and Past Complaints . . ." (ECF No.4). Plaintiff will be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. The "Motion to Refile of USDC of Colorado Case 10CV1888 . . ." will be denied as unnecessary and the "Motion to File the Rough Draft of the History and Representation of Some 5 - 8000 Pages of Available Exhibits, Facts, and Past Complaints . . ." will be addressed in a future order. Accordingly it is

Exhi'B'T